FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 26 2011

at /2 o'clock and 40 min. P M.
SUE BEITIA, CLERK

Nick Spagnolo
438 Kamakee St.
Honolulu, HI 96814
(702)-266-6755


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Nick Spagnolo<br><br>Pro se Plaintiff,<br><br>v.<br><br>Nadic Network Certified Dentists, Dr. Adam Lousignont, Dr. Gregory Moritz, Dr. Jay (alias) - (consultant) Nevada State Board Of Dental Examiners<br><br>Defendants | Civil No. 11 00340 JMS RLP<br><br>Complaint: List of Documents Attached<br><br>Exhibits 1-36<br>Exhibit List Defined<br>Attachment A<br><br>Demand For Jury Trial |

1. Pro se plaintiff, Nick Spagnolo pleads to enjoin all defendants, associates, the attending dentist, Dr. Adam Lousignont, and associate Dr. Gregory Moritz, and consulting dentist, Dr. Jay; who refused to reveal his exact legal name. Their actions and subsequent refusal to treat the damaged teeth constitute the malpractice complaint before the court.

2. Plaintiff seeks to recover damages from the defendants for failing to refund monies, as promised in writing, for a provenly defective bridge; costs incurred to this day for pain management, visits to dentists for continued treatment, the full cost of both immediate and future permanent repairs, expenses incurred when traveling at the request of the defendants, and any possible balance for what has been over 200 days of pain. All defendants herein mentioned have ignored both their legal and ethical responsibility towards their patient in this matter. They are negligent in all respects.

3. Jurisdiction is conferred to this court by means of federal court diversity of citizenship statutes.

4. Despite the fact that all defendants were given numerous opportunities to either assist in repairs or make a minimal settlement. they refused. Exhibits 4(b) - 9

5. Not even a $500.00 down payment would be refunded.

6. — Complaint is verified by both examining dentists and text book documentation and illustration.       Exhibits 21-36

WHEREFORE, cause having been shown, by means of exhibit and factual documentation, plaintiff prays for a judgment against all defendants as follows:

(a) For an Order of payment in monetary damages equal to $75,001 as pleaded within the body of this complaint.

COMPLAINT

Topic:  Improper bridge preparation and installation.

The procedure performed damaged four teeth and I have permanent pain, without a specific repair.  NADIC refuses to make these repairs.  Exhibits 9 - 15

1. Even if pain had ended the bridge would fail to pass an examination because it does not fit properly.  It is crooked and does not meet the gums the way it is supposed to There is a large permanent gap at the gum line.  This happened because the dentist made a final impression only a half hour after pulling two teeth I had asked them to repair.  At that time I asked them would this be o. k. seeing the gums were still bleeding a little.  I now know this cast impression should have been m. de 3 to 6 months after the teeth were pulled.  This bridge will never touch the gums and it is so mis-shapen it could not possibly be prepared.  This has been verified.  Exhibit 9-15,  27--36.

2. Did the dentist make ne ded repairs?  Of course, no, as I have already stated.  On October 25, 2010 I told them, at the time in severe pain, fix my teeth.  They refused.

I had at the time made up my mind and I told them so. I could not be persuaded for any reason to change my mind. After at least a half hour debating the question with the dentist who damaged the teeth; he simply refused. How could I make him fix the teeth? I had by this time been to the emergency room twice. I never told him I agreed with him and I wanted this bridge. Never.

3. I have a tooth in my mouth totally rebuilt over 35 years ago and I never have pain associated with this tooth. They should have performed a similar repair as requestd. Later in about 10 days the final bridge was installed after novacaine had to be administered. This should not have been necessary. In constant pain 2 or 3 days later I phoned them for assistance. They refused and hung up the phone. Their attitude has been the same ever since that day. They are always evasive and deceptive.                Exhibits 4(b)

4. I will never have the four teeth whole again and they are lost for ever no matter what manner of substitute I receive. Topic: Deception and misleading information.

5. At the consultation Dr. Jay, after listening to me tell him I do want four implants in front but only after I am receiving full disability; refused my request for a 2 or 3 piece 'flipper' device without any extractions.

2

This now made a total of four dentists forcing me to have a more expensive repair performed. He had not even had X rays taken yet to determine if the teeth even needed pulled.
6. He then continues to pass over all obvious choices; a two piece partial, a four piece partial, valplast, or a Maryland Bridge; none of which cut and damage teeth. He ONLY stated he thinks I should get a bridge, not specifying which type. I had no specific knowledge of any type of bridge until after my teeth were damaged. All of this being secondary to the fact that I only minutes before told him that any repair would be temporary until I had the time and money for four implants. Who would want to damage four more teeth? This is pointless. I am now going BACKWARDS. All of this is deceptive and the incorrect procedure. Only the year before I had numerous repairs made at Dr. Kometani's office. I had no cavities in these teeth and they should never have been touched without a full explanation. Even if they had the teeth are damaged and they should not be. Exhibit 21. Exhibits 27 thru 36 demonstrate numerous bridges and procedures more suitable to my needs; none of them damage teeth. All of these procedures are less EXPENSIVE. To complete the deception he tells me you just go 'over' the adjacent teeth. Making a six piece bridge. This makes no sense. I only need a 'flipper'. Now none of these affected teeth are even functional.

Deception cont.  I noticed far too much novacaine being used and question the dentist.  To avoid telling me how much it could hurt when he cuts the teeth, he says: "I just want to make sure the teeth are good and numb." I said specifically, why so much in order to pull only two front teeth?  There was no mistaking the meaning of the question or at this time his evasive response.

When he was actually cutting the teeth I thought he was only preparing the teeth the way you are instructed to prepare a surface for painting to ensure adhesion.  This took only a couple minutes.
Harrassment:  After I requested settlement or at least a refund Dr. Jay began calling me in Hawaii to come to them for repairs but I would not go until he sent a fax, exhibit 3.  Once there they refused to treat the damage.  Exhibits 3 thru 7 demonstrate they offered settlement  then again refused.  For a month following Dr. Jay refused to answer my calls while I was in Las Vegas.
7. The bridge is not functional.  The damaged teeth also, are not functional; with or without the bridge installed, there is too much pain.  This was the wrong procedure and it was done improperly.
8. The Nevada State Dental Board of Examiners both delayed and obstructed the inevitable settlement process by defying all of this evidence, arguing a conclusion which is in direct contrast to all evidence and medical evaluation.

4

*[signature]*
5-26-11