# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| NICK SPAGNOLO | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 11-00340 JMS RLP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| NADIC NETWORK CERTIFIED DENTISTS, ET AL. | December 1, 2011<br>At 2 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is CLOSED pursuant to the, "ORDER (1) ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, (2) GRANTING DEFENDANT LOUSIGNONT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, (3) DENYING PLAINTIFF'S MOTION FOR TRANSFER OF VENUE, AND (4) DENYING OTHER MOTIONS AS MOOT", by the Honorable J. MICHAEL SEABRIGHT, U.S. District Judge, and filed on, December 1, 2011.

| | |
|---|---|
| December 1, 2011 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by GS |
| | (By) Deputy Clerk |