UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICK SPAGNOLO,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>NADIC NETWORK CERIFIED DENTISTS; et al.,<br><br>  Defendants - Appellees. | No. 11-18012<br><br>D.C. No. 1:11-cv-00340-JMS-RLP<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated March 13, 2012.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Dru E. Van Dam
Deputy Clerk